Lisa A. Brown, Esq., Thompson & Horton, L.L.P., Houston, TX, for Defendants–Appellees.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

Before REAVLEY, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

Patti Whitmire Carlton, Carole Keeney Harrington, and Pamela Reed appeal the district court's summary judgment on their First Amendment retaliation claims. We have carefully considered the pertinent portions of the record in light of the parties' briefs and oral arguments. We conclude Appellants have not demonstrated any error warranting reversal. AFFIRMED.

Ric CLARK, Individually and on behalf of others similarly situated; David Ellis, Individually and on behalf of others similarly situated; Weldon Norman, Individually and on behalf of others similarly situated; Claire Wallace, Plaintiffs–Appellants

v.

CITY OF FORT WORTH, TEXAS, Defendant–Appellee.

No. 11–10815.

United States Court of Appeals, Fifth Circuit.

March 13, 2012.

Joshua William Carden, Irving, TX, for Plaintiffs–Appellants.

Russell Daniel Cawyer, Paige Pritchard Biggs, Attorney, Kelly, Hart & Hallman, L.L.P., Fort Worth, TX, for Defendant–Appellee.

Before JOLLY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM: *

At issue are whether the district court erred by: applying the Fair Labor Standards Act's (FLSA) "special detail" exemption, 29 U.S.C. § 207(p)(1); and denying Plaintiffs' motion for conditional class certification under the FLSA's collective-action provision, 29 U.S.C. § 216(b). *See Clark v. City of Ft. Worth,* 800 F.Supp.2d 781 (N.D.Tex.2011). Essentially for the reasons stated in its well-considered opinion, the district court did not err by applying the exemption. Accordingly, we need not reach the collective-action issue.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.